## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAYAKANTHAN RAMADOSS, | Civil Action No. 05-5188 (PGS) |
| Plaintiff, | |
| v. | **ORDER** |
| RUBY TUESDAY'S, ET AL., | |
| Defendants. | |

Having reviewed this matter, it is on this ____ day of December, 2008, hereby

ORDERED

1. The jury trial shall commence on June 15, 2009 at 10:00 a.m.,

2. A settlement/status conference and pre-marking of exhibits and any other pretrial matter shall be conducted on June 11, 2009 at 10:00 am,

3. Proposed voir dire questions and jury instructions shall be submitted on or before June 1, 2009,

4. Any in limine motions shall be submitted on or before May 26, 2009, and any replies shall be submitted on or before June 1, 2009,

5. Any motion for summary judgement on liability issues shall be filed by January 15, 2009; and it further

ORDERED with regard to the settlement conference set forth in Paragraph 2, supra, the conference shall be attended by counsel having full authority to speak for their respective parties.

The clients shall attend the conference or be available by telephone. Additionally, each party shall submit a letter memorandum of three pages or less no later than 48 hours prior to the conference which sets forth the party's position and rationale. The letter memorandum may be submitted ex parte and therefore should not be filed with the Clerk.

_____
PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE