# FELDMAN SHEPHERD
WOHLGELERNTER TANNER WEINSTOCK DODIG

**TRIAL LAWYERS**

E-Mail Address:
dweinstock@feldmanshepherd.com

CAROL NELSON SHEPHERD
•ALAN M. FELDMAN
†§ EZRA WOHLGELERNTER
—MARK W. TANNER
† DANIEL S. WEINSTOCK
•† JOHN M. DODIG
ROBERTA D. PICHINI
† THOMAS MORE MARRONE
†‡ DANIEL J. MANN
PETER M. NEWMAN
† JASON A. DARIA
THOMAS MARTIN
† PATRICIA M. GIORDANO
† EDWARD S. GOLDIS
† CAROLYN M. CHOPKO
† EVAN Y. LIU, M.D.

OF COUNSEL
* JOSEPH D. SAMS
BARTON A. HAINES
DONALD A. KRAIN

•CERTIFIED CIVIL TRIAL ADVOCATE,
NATIONAL BOARD OF TRIAL ADVOCACY
• LL.M. IN TRIAL ADVOCACY
†ALSO MEMBER NJ BAR
‡ALSO MEMBER TX BAR
§ALSO MEMBER NY BAR
*ADMITTED IN NJ ONLY

May 12, 2009

*Via Facsimile - 609-989-0515*
Honorable Peter G. Sheridan
United States District Court
for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, NJ 08608

    Re:   *Ramadoss v. Ruby Tuesday's et al*
          *Docket No.: 2:05-cv-05188*

Dear Judge Sheridan:

    I represent the plaintiff in the above matter, in which oral argument upon defendant's Motion for Summary Judgment is scheduled for Thursday, May 14, 2009. I am writing this letter to bring two related issues to the Court's attention, as follows:

    First, in our motion papers we relied in part upon the New Jersey Court of Appeals' decision in the case of *Bauer v. Nesbitt*, 399 N.J. Super. 71, 942 A.2d 882 (2008). On May 7, 2009 the New Jersey Supreme Court reversed the Court of Appeals' decision. Defense counsel and I have discussed this opinion and (not surprisingly) we disagree about its impact or lack of impact on the legal issue presently before the court, but I wanted to bring the Supreme Court's decision to this Court's attention.

    On a related subject, in part as a result of this decision we have had some significant settlement discussions, and believe we may be near reaching a resolution. However, we need a few more days to try to reach a settlement, and both counsel in the case feel it would be most productive to adjourn oral argument on the pending motion for period of about 1 week.

    I am therefore writing this letter on behalf of both counsel to jointly request that oral argument be put off until a date on or after May 21, 2009.

                                         Respectfully,

                                         Daniel S. Weinstock

*[Handwritten annotation: So Ordered. Hearing shall be May 22, 2009 at 10:00 AM. Trial date is not adjourned. Peter Sheridan]*

DSW/kab
cc:   Daniel Young, Esquire *(via Facsimile)*

25TH FLOOR • 1845 WALNUT STREET • PHILADELPHIA • PENNSYLVANIA 19103
TEL. 215.567.8300 • FAX. 215.567.8333 • WWW.FELDMANSHEPHERD.COM